IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN TUOSTO, | : | CIVIL ACTION |
| | : | NO. 19-02135 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAGNOLIA SCHOOL OF | : | |
| AMBLER CORP., et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **26th** day of **November, 2019**, upon consideration of Plaintiff's motion to compel (ECF No. 16), it is hereby **ORDERED** as follows:

1. Any **responses** to the motion (ECF No. 16) shall be **FILED by December 6, 2019, at 11:00 a.m**.

2. A telephone conference with the parties regarding the motion and any timely-filed responses will be held on **December 11, 2019, at 11:00 a.m. before the Honorable Eduardo C. Robreno.** Once the parties are on the line, Counsel for Plaintiff, shall place the call directly to Chambers at 215-597-4073.

   **AND IT IS SO ORDERED.**

                                         */s/ Eduardo C. Robreno*
                                         *EDUARDO C. ROBRENO,    J.*